RECEIVED

AUG 3 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JACOB McCALISTER BELL, SR.** <br> **LA. DOC #442374** | **CIVIL ACTION NO. 6:16-cv-00429** |
| **VS.** | **SECTION P** |
| | **JUDGE REBECCA F. DOHERTY** |
| **RIVER BEND DETENTION CENTER** | **MAGISTRATE JUDGE PATRICK HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITHOUT PREJUDICE** as petitioner did not exhaust available state court remedies prior to filing his petition.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _31_ day of _August_, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE